| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Sean King<br>Special Agent: Jimmie Pharr | | Telephone: (313) 226-9727<br>Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Christopher Pernell BUSH | Case No. | Case: 2:24−mj−30297<br>Assigned To : Unassigned<br>Assign. Date : 7/26/2024<br>Description: COMP SEALED<br>MATTER (KB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 20, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jimmie Pharr, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 26, 2024

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jimmie Pharr, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since January 17, 2016. I am currently assigned to the Detroit Field Division. I completed 26 weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior. I was also employed as a Detroit Police Department Officer for approximately three years, 2013-2016. During my DPD employment, I

1

conducted and participated in numerous criminal investigations focused on individuals who illegally possessed firearms and narcotics.

2. This affidavit is in support of criminal complaint and application for an arrest warrant for Christopher Pernell BUSH for the crime of Title 18, U.S.C. § 922(g)(1), felon in possession of a firearm.

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all information known to law enforcement regarding this investigation.

## II.   SUMMARY OF THE INVESTIGATION

4. On June 20, 2024, the DPD Narcotics Unit executed a state search warrant at a residence on Detroit's west side, in the Eastern District of Michigan. While approaching the front of the residence, DPD officers encountered a white Toyota Corolla attempting to leave the driveway of the location. The vehicle's driver complied with a DPD officer's command to place the vehicle in park. The DPD officer then asked the occupants of the White Toyota for valid identification and if

2

there were any weapons in the vehicle. The driver denied having any weapons. The front seat passenger, later identified as Christopher Pernell BUSH, stated "I'm not going to be fake," while looking down toward the center console. The officer asked BUSH where the firearm was, and BUSH pointed to the left side of the front passenger seat. The officer then recovered a loaded Ruger pistol, model 5.7, caliber 5.7mm, with one magazine containing approximately 20 rounds of ammunition from between the front passenger seat and the center console.

5. Officers later conducted a recorded post-Miranda interview with BUSH. During the interview, BUSH identified where the Ruger pistol was located in the vehicle and stated that he did not possess a concealed pistol license. BUSH was arrested for carrying a concealed weapon and later transported to the Detroit Detention Center without incident.

6. As an ATF Interstate Nexus Agent, I know that Ruger pistols are not manufactured in the State of Michigan. Therefore, it is in my preliminary opinion that the above stated firearm traveled in interstate or foreign commerce.

7. BUSH has the following criminal history:

    a. 2005, felony: Bodily Injury by Prisoner, Culpeper County Circuit Court of Virginia, Culpeper County.

    b. 2013, felony 3rd degree: Grand Theft 3rd Degree, 11th Judicial Circuit Court of Florida, Miami-Dade County.

    c. 2017, felony 2nd degree: Cocaine-Sell Delivery with Intent, 11th Judicial Circuit Court of Florida, Miami-Dade County.

    d. 2022, felony 3rd degree: Carrying a Concealed Weapon, 11th Judicial Circuit Court of Florida, Miami-Dade County.

8. BUSH is a multi-convicted felon and has served at least four years in prison. Additionally, BUSH was under Michigan Department of Corrections courtesy supervision on behalf of the Florida Department of Corrections when he was found with the Ruger pistol. Therefore, there is probable cause to believe BUSH knew one or more of his convictions were punishable by more than one year in prison.

### III. CONCLUSION

9. Probable cause exists that Christopher Pernell BUSH, a convicted felon, was in possession of a Ruger pistol, model 5.7, caliber 5.7mm, manufactured outside the State of Michigan, knowing that he was a felon and prohibited from possessing any firearms or

ammunition, in violation of Title 18, U.S.C. § 922(g)(1). This violation occurred on or about June 20, 2024, in Detroit, Michigan, in the Eastern District of Michigan.

Respectfully submitted,

_____
Jimmie Pharr, Special Agent,
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Dated: July 26, 2024

5